IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOWNSHIP OF SPRING | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-5518 |
| THE STANDARD INSURANCE CO. | : | |

## ORDER

AND NOW, this  1st  day of June, 2011, upon consideration of Defendant Standard Insurance Co.'s Motion for Summary Judgment (ECF No. 23), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and judgment is entered in favor of Defendant and against Plaintiff Township of Spring.

JUDGMENT WILL BE ENTERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge